■ WILLIAM C. ASSINI, as Administrator of the Estate of GAIL P. GABRIEL,

Deceased, Appellant, v ELAINE GOYETTE, as Administratrix of the Estate of RAYE J. GOYETTE, Deceased, et al., Defendants, and JOHN DE LAP et al., Respondents. (And Six Other Actions.) — Appeal from an order and judgment of the Supreme Court at Special Term, entered November 14, 1979 in Albany County, which granted a motion of defendants John De Lap and James H. Maloy, Inc., for summary judgment in Actions Nos. 1, 2, 3 and 7. Order and judgment affirmed, without costs, on the opinion of Mr. Justice John T. Casey at Special Term. Mahoney, P. J., Sweeney, Main, Mikoll and Herlihy, JJ., concur.